1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK SCOTT,

11            Plaintiff,                      No. CIV S-04-2742 DFL JFM P

12       vs.

13   SACRAMENTO SUPERIOR
     MUNICIPAL COURT, et al.,

14
             Defendants.                      ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On March 25, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed

22   objections to the findings and recommendations.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2              1.  The findings and recommendations filed March 25, 2005, are adopted in full;

3    and

4              2.  This action is dismissed for failure to state a claim upon which relief may be

5    granted.  See 28 U.S.C. § 1915A.

6    DATED: 6/10/2005

7

8

9    _____
     DAVID F. LEVI
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26